IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:00-CR-103-1H
No. 5:11-CV-330-H

DERRICK LAMONT ROBERTSON )
)
)
Petitioner, )
)
)
v. ) **ORDER**
)
)
)
UNITED STATES OF AMERICA, )
)
Respondent. )

This matter is before the court on petitioner's motions for reconsideration [DE #119, #121] in which petitioner moves the court to reconsider its judgment, entered April 11, 2012, dismissing his 28 U.S.C. § 2255 motion without prejudice because it is second or successive.

The court has carefully reviewed this matter, but finds no reason to alter or amend its judgment because this court continues to lack jurisdiction to review this successive § 2255 claim absent authorization from the Fourth Circuit Court of Appeals. The court finds petitioner's arguments regarding treating this as a § 2241 motion to be without merit.

Petitioner may seek permission to file a successive motion by filing an application with the Fourth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244.

This 23rd day of January 2018.

*(signature)*
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26